KAUFHOLD GASKIN GALLAGHER DLLP
STEVEN S. KAUFHOLD, ESQ. (SBN 157195)
Email: SKaufhold@KaufholdGaskin.com
QUYNH K. VU, ESQ. (SBN 286631)
Email: QVu@KaufholdGaskin.com
388 Market St., Suite 1300
San Francisco, CA 94111
Telephone: 415-445-4620
Facsimile: 415-874-1071

ROSENFELD & KAPLAN LLP
TAB K. ROSENFELD (*pro hac vice* pending)
Email: tab@rosenfeldlaw.com
1180 Avenue of the Americas, Ste 1920
New York, NY 10036
Telephone: 212-682-1400

*Attorneys for Applicants Karam Salah Al Din Awni Al Sadeq and Stokoe Partnership Solicitors*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Application of KARAM SALAH AL DIN AWNI AL SADEQ and STOKOE PARTNERSHIP SOLICITORS for an Order Under 28 U.S.C. §1782 to Conduct Discovery for Use in Foreign Proceedings | Case No. 3:20-mc-80224<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER UNDER 28 U.S.C § 1782

# [PROPOSED] ORDER

This matter comes before the Court on the *ex parte* Application of Karam Salah Al Din awni Al Sadeq ("Mr. Al Sadeq") and Stokoe Partnership Solicitors ("Stokoe", and together with Mr. Al Sadeq, the "Applicants"), for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery by the Issuance of Subpoenas (the "Application"), which seek information, documents, and materials in connection with civil proceedings initiated by the Applicants and currently pending in the High Court of Justice of England and Wales, Queen's Bench Division captioned: <u>Karam Salah Al Din Awni Al Sadeq v. Dechert, LLP, Neil Gerrard, David Hughes, and Caroline Black</u>, Claim No. QB-2020-000322, <u>Stokoe Partnership Solicitors v. Mr. Paul Robinson, Company Documents Limited, and Mr. Oliver Moon</u>, Claim No. QB-2020-002218; <u>Stokoe Partnership Solicitors v. Mr. Patrick Tristram Finucane Grayston + Co Limited, Mr. Stuart Robert Page, and Page Corporate Investigations Limited,</u> Claim No. QB-2020-002492 (collectively, the "Foreign Proceedings").

The Court, having considered the Application, the Memorandum of Law in Support of the Application, and the Declarations of Steve Kaufhold and Haralambos Tsiattalou in Support of the Application, and good cause appearing, it is hereby ordered that:

1. The Application is **GRANTED**.
2. Applicants are hereby granted leave to issue the Subpoenas for information, documents, and materials, in substantially the same form attached as Exhibits A, B, C, D, and E to the Declaration of Steve Kaufhold, upon each Google, Inc., and Dropbox Inc., Cloudflare Inc., Ngrok, LLC, and Twilio Inc.
3. **ORDERED** this \_\_\_\_ day of \_\_\_\_\_, 202\_\_.

_____
UNITED STATES DISTRICT JUDGE