UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Application of Karam Salah Al din Awni Al Sadeq and Stokoe Partnership Solicitors,<br><br>                Petitioners. | Case No. 20-mc-80224-SK<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Regarding Docket No. 1 |

Karam Salah Al din Awni Al Sadeq and Stokoe Partnership Solicitors ("Petitioners") have filed an *ex parte* application for discovery for use in foreign proceedings pursuant to 28 U.S.C. § 1782. (Dkt. 1.) The Court HEREBY ORDERS Petitioners to serve this Order, their application, and their supporting papers on the Defendants in the underlying litigation, including Dechert, LLP, Neil Gerrard, David Hughes, and Caroline Black, and any other interested party. Service shall be completed no later than February 16, 2021. Any party wishing to oppose the application must do so no later than March 9, 2021. Petitioners may file a reply no later than March 16, 2021.

**IT IS SO ORDERED**.

Dated: January 28, 2021

_____
SALLIE KIM
United States Magistrate Judge