Jonathan Tam (SBN 304143)
DECHERT LLP
jonathan.tam@dechert.com
One Bush Street, Suite 1600
San Francisco, CA 94104-4446
Telephone:    (415) 262-4500
Facsimile:    (415) 262-4555

Attorney for Non-Parties
*Dechert LLP, Neil Gerrard, David Hughes,*
*and Caroline Black*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re Application of Karam Salah Al din Awni Al Sadeq and Stokoe Partnership Solicitors,<br><br>Petitioners. | Case No. 20-mc-80224-SK<br><br>**NOTICE OF NON-OPPOSITION** |

    Non-Parties Dechert LLP, Neil Gerrard, David Hughes, and Caroline Black (collectively, the "Dechert Non-Parties") are in receipt of this Court's January 28, 2021 Order (ECF 4) and the application and supporting papers that the Applicant has filed in this matter. The Dechert Non-Parties have reviewed the application and supporting papers and state unequivocally that they had no involvement with, or knowledge of, the purported "online hacking campaign" that is described by the Applicant. The discovery sought by the Applicant is unrelated to the Dechert Non-Parties and, accordingly, the Dechert Non-Parties do not oppose the application.

| | |
|---|---|
| Dated: March 9, 2021 | DECHERT LLP |
| | By: */s/ Jonathan Tam* |
| | Jonathan Tam |
| | Attorney for Non-Parties |
| | *Dechert LLP, Neil Gerrard, David Hughes, and Caroline Black* |