KAUFHOLD GASKIN GALLAGHER LLP
STEVEN S. KAUFHOLD, ESQ. (SBN 157195)
Email: SKaufhold@KaufholdGaskin.com
QUYNH K. VU, ESQ. (SBN 286631)
Email: QVu@KaufholdGaskin.com
485 Pacific Avenue
San Francisco, CA 94133
Telephone: 415-881-3189

*Attorneys for Applicants Karam Salah Al Din*
*Awni Al Sadeq and Stokoe Partnership Solicitors*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of KARAM SALAH AL DIN AWNI AL SADEQ and STOKOE PARTNERSHIP SOLICITORS for an Order Under 28 U.S.C. §1782 to Conduct Discovery for Use in Foreign Proceedings | Case No. 20-MC-80224-SK<br><br>**REPLY MEMORANDUM IN SUPPORT OF APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

**REPLY**

Applicants Karam Salah Al Din Awni Al Sadeq ("Mr. Al Sadeq") and Stokoe Partnership Solicitors ("Stokoe" and together with Mr. Al Sadeq, the "Applicants"), respectfully file this Reply In Support of the *Ex Parte* Application (the "Application") for an order under 28 U.S.C. § 1782 to conduct discovery for use in foreign proceedings.

Pursuant to this Court's January 28, 2021 Order Setting Briefing Schedule ("Order"), Applicants served the Application, supporting papers, and the January 28, 2021 Order on the Defendants in the underlying litigation, including Dechert LLP, Neil Gerrard, David Hughes, Caroline Black, as well as interested parties and the requested subpoena parties.  (ECF No. 5).

First and foremost, no Opposition to the Application was filed by any person or entity notwithstanding service as required by the Court's January 28, 2021 Order.  The only filing made herein was a Notice of Non-Opposition filed on March 9, 2021 by Dechert LLP.

Second, Stokoe received a letter dated March 9, 2021 from BDB Pitmans, counsel for interested party Mr. Patrick Tristram Finucane Grayson, which is attached for the convenience of the Court as Exhibit A.   In the letter, BDB Pitmans states, "[o]ur clients are not parties to the California Proceedings and do not intend to seek to participate in them." (emphasis added).  The letter goes on to make various assertions which are irrelevant to this Application, inaccurate, or both.  However, one factual assertion by BDB Pitmans is accurate and so we bring it to the attention of the Court out of an abundance of caution:

They state:

"2. The proceedings in QB-2020-002218 are not ongoing. No Acknowledgments of Service have been filed and no statements of case have been filed. The proceedings against Mr Robinson at least are stayed."

1

REPLY ISO APPLICATION FOR AN ORDER UNDER 28 U.S.C § 1782

It is accurate to say that no Acknowledgments of Service have been filed and no statements of case have been filed in QB-2020-002218.  Whether that means that the proceedings against Mr. Robinson are at least stayed is a legal conclusion which is beyond the scope of this Application and the determination of which is not necessary for the granting of this Application.

Accordingly, for all of the reasons set forth in the Application and supporting papers, together with the filing of Dechert's Notice of Non-Opposition and the absence of any Opposition by any other party, Applicants respectfully request that the Application be granted.

Dated:  March 16, 2021

                        **KAUFHOLD GASKIN GALLAGHER LLP**

By:    /s/ Steven S. Kaufhold
          Steven S. Kaufhold
          485 Pacific Avenue
          San Francisco, CA 94133
          (415) 881-3189
          skaufhold@kaufholdgaskin.com
          *Attorneys for Applicants Karam Salah Al Din Awni Al Sadeq and Stokoe Partnership Solicitors*

REPLY ISO APPLICATION FOR AN ORDER UNDER 28 U.S.C § 1782

# EXHIBIT A



Stokoe Partnership Solicitors
Chancery House
53/64 Chancery Lane
London
WC2A 1QU

Your Ref
AWN001/003/BT

Our Ref
TPC/200994.0001

Date
9 March 2021

**By Email**

Dear Sirs

**United States District Court Northern District of California in Re Application of Karam Salah Al din Awni Al Sadeq and Stokoe Partnership Solicitors ("the California Proceedings")**

We refer to your letters of 13 February addressed to our clients.

We take the strongest objection to your conduct in relation to the service of these proceedings which was aggressive and unprofessional and which was presumably intended to harass and cause distress to our clients.

At 16.38 and 16.40 on Friday 12 February you addressed two emails to us as solicitors for Grayson + Co Ltd and Mr Grayson. We are obviously heavily involved in your claims against our clients in the High Court. Your emails stated:

*"Our US lawyers filed an ex parte application for discovery pursuant to 28 U.S.C § 1782. It is now necessary for notice to be effected on interested parties. Mr Patrick Tristram Finucane Grayson is an interested party. Please confirm whether, as solicitors acting for Mr Grayson, you will accept service by email. If you do not consent, service will be effectuated upon Mr Grayson by post or by personal service."*

No explanation was offered as what was sought in those proceedings nor why our clients were interested parties.

We replied at 18.12 saying we were seeking instructions and would revert to you. You then effected personal service upon our client, Mr Grayson, the following day, Saturday 13 February, at his home where the papers were delivered to his wife. We note that the order made in the California Proceedings was dated 28 January requiring service by 16 February. We infer that you left service to the last minute to cause as much distress as possible. You did not, however, allow a reasonable time for a response



**Registered Office**
One Bartholomew Close     50/60 Station Road        The Anchorage             Grosvenor House
London                    Cambridge                 34 Bridge Street          Grosvenor Square
EC1A 7BL                  CB1 2JH                   Reading, RG1 2LU          Southampton, SO15 2BE
DX 339401 London Wall     DX 339601 Cambridge 24    DX 146420 Reading 21      DX 38516 Southampton 3

**T** +44 (0)345 222 9222    **W** www.bdbpitmans.com

BDB Pitmans is the trading name of BDB Pitmans LLP which is a limited liability partnership registered in England and Wales with registered number OC320798. Its registered office and principal place of business is One Bartholomew Close, London EC1A 7BL where a list of members' names is available for inspection. BDB Pitmans LLP is authorised and regulated by the Solicitors Regulation Authority (SRA ID no 448617). We use the word partner to refer exclusively to a member of BDB Pitmans LLP.

Please reply to: The Anchorage                                                                        23041853.1



and the act of serving papers at home on Saturday was unnecessary and plainly intended to alarm our client and his wife.

Our clients are not parties to the California Proceedings and do not intend to seek to participate in them. The California Proceedings are a further example of the utterly disproportionate way in which you are conducting matters.

Our clients do, however, note that representations that have been made to the court are inaccurate or potentially misleading and are not accepted. As officers of the court and applicants in ex parte applications we would expect that you would ensure that the court in California is given an accurate presentation. Our clients make the following observations:

1. It is pejorative to describe the proceedings in the High Court with numbers QB-2020-002218 and QB-2020-002492 as "Hacking Claims". There are no allegations that material was obtained by hacking. Mr Tsiattalou has plainly stated in QB-2020-002218 that you do not allege that the Defendants were involved in the alleged phishing attempts. Since the allegations in QB-2020-002492 are wholly dependent on the allegations in that claim, the same must be true in the claims against our clients.

2. The proceedings in QB-2020-002218 are not ongoing. No Acknowledgments of Service have been filed and no statements of case have been filed. The proceedings against Mr Robinson at least are stayed.

3. It has been denied that our client, as an individual named as a Defendant in QB-2020-002492, was instructed to obtain confidential information as appears in the Defence filed on his behalf.

4. Paragraphs 14-17 of Mr Tsiattalou's declaration refer to Attempted Hacking. No evidence has been provided of attempted hacking by the Defendants in QB-2020-002218 and QB-2020-002492 and our clients' position was set out in the witness statement of Mr Clark dated 4 November 2020. We note that the court's attention has not been drawn to the defence or to that statement or to the judgment of William Davis J. The judge observed that the case against our clients was limited in scope and that whilst it was a possible inference that the alleged potential wrongdoer responsible for the limited events relied on in those proceedings was concerned with more recent alleged phishing events, it was not a clear and inevitable inference.

Needless to say and for the avoidance of any doubt, our client has had no involvement with any attempts to obtain your data by phishing or spear phishing and accordingly is not interested in the California Proceedings.

Our clients would expect you to ensure the court is aware of these concerns.



Yours faithfully

*BDB Pitmans LLP*

**BDB Pitmans LLP**
T    +44 (0)118 957 0264
M   +44 (0)7979 703 183
E    TimCLARK@bdbpitmans.com