UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF KARAM SALAH AL DIN AWNI AL SADEQ and STOKOE PARTNERSHIP SOLICITORS. | Case No. 20-mc-80224-SK<br><br>**ORDER DENYING REQUEST TO FILE MOTION FOR RECONSIDERATION**<br><br>Regarding Docket No. 9 |

Movants' request for leave to file a motion for reconsideration is HEREBY DENIED. The motion for reconsideration does not meet the standards for reconsideration.

**IT IS SO ORDERED**.

Dated: June 9, 2021

_____
SALLIE KIM
United States Magistrate Judge