UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAR 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: APPLICATION OF KARAM SALAH AL DIN AWNI AL SADEQ AND STOKOE PARTNERSHIP SOLICITORS,<br><br>------------------------------<br><br>KARAM SALAH AL DIN AWNI AL SADEQ AND STOKOE PARTNERSHIP SOLICITORS,<br><br>        Appellant,<br><br> v.<br><br>DECHERT LLP; et al.,<br><br>        Appellees. | No. 21-16126<br><br>D.C. No. 3:20-mc-80224-SK<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

      The judgment of this Court, entered February 18, 2022, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7